UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHAWN WINKLER, : Case No. 1:21-cv-00193
:
    Plaintiff, : Magistrate Judge Bowman
:
vs. :
:
WELCH SAND & GRAVEL, et al., :
:
    Defendants. :

**ORDER**

The Court having been advised that the above action has been settled;

It is ORDERED that this action is hereby **DISMISSED with prejudice**, provided that any of the parties may, upon good cause shown, within **forty-five (45) days**, reopen the action if settlement is not consummated.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

SO ORDERED.

                                                        _s/Stephanie K. Bowman_
                                                        Stephanie K. Bowman
                                                        United States Magistrate Judge